Matter of Diedrichs v McAvoy (2023 NY Slip Op 04039)

Matter of Diedrichs v McAvoy

2023 NY Slip Op 04039

Decided on July 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: PERADOTTO, J.P., BANNISTER, MONTOUR, AND GREENWOOD, JJ.

477 CAF 21-01780

[*1]IN THE MATTER OF KAROLINE DIEDRICHS, PETITIONER-APPELLANT,
v
CHRISTOPHER G. MCAVOY, RESPONDENT-RESPONDENT. (APPEAL NO. 2.) 

CARA A. WALDMAN, FAIRPORT, FOR PETITIONER-APPELLANT.
JOSEPH S. DRESSNER, CANANDAIGUA, FOR RESPONDENT-RESPONDENT.
SUSAN E. GRAY, CANANDAIGUA, ATTORNEY FOR THE CHILD.

 Appeal from an order of the Family Court, Ontario County (Frederick G. Reed, A.J.), entered November 29, 2021, in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Matter of Chendo O. , 175 AD2d 635, 635 [4th Dept 1991]).
Entered: July 28, 2023
Ann Dillon Flynn
Clerk of the Court